IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MONICA CAUDLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 2:15cv522-WHA |
| | ) | (wo) |
| 2ND CHANCE AUTO SALES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the court on Defendant 2nd Chance Auto Sales, Tony Richards' Motion to Dismiss and to Compel Arbitration (Doc. # 11).

Upon receipt of the Motion, the court entered an Order giving the Plaintiff until October 1, 2015 to show cause why the Motion ought not be granted. (Doc. #14). No timely response has been received by the court.   Accordingly, it is hereby

ORDERED as follows:

1. The Motion to Compel Arbitration is GRANTED (Doc. #11) and the Motion to Dismiss is DENIED.

2. The Plaintiff must submit her claims against 2nd Chance Auto Sales and Tony Richards to arbitration in accordance with the terms of the arbitration agreement contained in the contract.

3. Pursuant to 9 U.S.C. §3, this case is STAYED until arbitration has been completed.

4. The parties are DIRECTED to file a status report on the arbitration proceedings no later than April 18, 2016.

DONE this 6th day of October, 2015.

              /s/ W. Harold Albritton
              W. HAROLD ALBRITTON
              SENIOR UNITED STATES DISTRICT JUDGE