IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MONICA CAUDLE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:15cv522-WHA ) (wo) |
| 2ND CHANCE AUTO SALES, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #35), it is hereby

ORDERED that the case is dismissed with prejudice, the parties to bear their own costs.

Done this 8th day of September, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE